UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| SHIVA STEIN, Derivatively on Behalf of COMPASS MINERALS INTERNATIONAL, INC.,<br><br>  Plaintiff,<br><br>vs.<br><br>KEVIN S. CRUTCHFIELD, RICHARD P. DEALY, EDWARD C. DOWLING, JR., ERIC FORD, GARETH JOYCE, MELISSA M. MILLER, JOSEPH E. REECE, LORI A. WALKER, PAUL S. WILLIAMS, AMY J. YODER, FRANCIS J. MALECHA, JAMES D. STANDEN, and ANTHONY J. SEPICH,<br><br>  Defendants,<br><br>  and<br><br>COMPASS MINERALS INTERNATIONAL, INC.,<br><br>  Nominal Defendant. | Lead Case No. 23-cv-2038-EFM-ADM<br><br>(Consolidated with *Morelli v. Malecha,* Case No. 24-cv-2495-EFM-ADM) |

*[Caption continued on following page]*

- 1 -

| | |
|---|---|
| FABRIZIO MORELLI, Derivatively on Behalf of COMPASS MINERALS INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> FRANCIS J. MALECHA, JAMES D. STANDEN, ANTHONY J. SEPICH, KEVIN S. CRUTCHFIELD, RICHARD P. DEALY, EDWARD C. DOWLING, JR., ERIC FORD, GARETH JOYCE, MELISSA M. MILLER, JOSEPH E. REECE, LORI A. WALKER, PAUL S. WILLIAMS, AMY J. YODER, VALDEMAR L. FISCHER, RICHARD S. GRANT, DAVID J. D'ANTONI, and ALLAN R. ROTHWELL, <br><br> Defendants, <br><br> and <br><br> COMPASS MINERALS INTERNATIONAL, INC., <br><br> Nominal Defendant. | Case No. 24-2495-EFM-ADM |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY
APPROVAL OF DERIVATIVE SETTLEMENT**

Plaintiffs Shiva Stein and Fabrizio Morelli (collectively, the "Plaintiffs"), derivatively on behalf of Compass Minerals International, Inc. ("Compass" or the "Company"), respectfully move this Court, the Honorable Eric F. Melgren, the United States District Court for the District of Kansas, 500 State Avenue, Suite 529, Kansas City, KS 66101, for an Order preliminarily approving the settlement, as set forth in the Stipulation and Agreement of Settlement, dated July 14, 2025 ("Stipulation"), filed contemporaneously herewith.  The parties' agreed-upon form of [Proposed] Order Preliminarily Approving Derivative Settlement and Providing for Notice, is attached as Exhibit B to the Stipulation, is submitted herewith.

- 3 -

This Motion is based on the accompanying Memorandum of Law in Support of Unopposed Motion for Preliminary Approval of Derivative Settlement, the Stipulation, and such additional evidence or argument as may be required by the Court.

Dated: July 14, 2025

**LAW OFFICE OF E. WAYNE TAFF**

/s/ *Earl Wayne Taff*
Earl Wayne Taff, USDC No. 70588
3401 N. Perrin Road
Independence, Missouri 64058
Telephone: 816-786-5083
Facsimile: 877-518-1942
Email: ewt@tafflawfirm.com

**RIGRODSKY LAW, P.A.**
Herbert W. Mondros (*pro hac vice*)
1007 N. Orange Street, Suite 453
Wilmington, DE 19801
Email: hwm@rl-legal.com

*Counsel for Plaintiff Shiva Stein*

**WALTERS, RENWICK, RICHARDS & VAUGHAN, P.C.**

*/s/ Karen W. Renwick*
Karen W. Renwick, D. Kan #12095
R. Frederick Walters, Ks. Dist. #70561
1100 Main Street, Suite 2500
Kansas City, MO 64105
Telephone: (816) 421 -6620
Facsimile: (816) 421-4747
Email: krenwick@wrrvlaw.com
Email: fwalters@wrrvlaw.com

**THE BROWN LAW FIRM, P.C.**
Timothy Brown (*pro hac vice*)
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

*Counsel for Plaintiff Fabrizio Morelli*